IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.C., | : |
|     Plaintiff, | : |
| v. | :   Civil Action No. 24-181-RGA |
| TRUSTEE BARBARA HOUSER, *et al.*, | : |
|     Defendants. | : |

### MEMORANDUM ORDER

At Wilmington, on this 2nd day of May 2025, having reviewed Plaintiff's *pro se* motion for declaratory judgment (D.I. 13) in the above-captioned case;

WHEREAS the Complaint (D.I. 2) was dismissed on May 16, 2024 (D.I. 8), and this Court found amendment futile (*id.*);

WHEREAS Plaintiff's subsequent motions for reconsideration and amendment (D.I. 10; D.I. 11) were denied because the relief Plaintiff sought "remain[ed] 'solely within the jurisdiction of the Bankruptcy Court' and not this Court" (D.I. 12 (quoting D.I. 7 at 5)); and

WHEREAS Plaintiff's present motion for declaratory judgment (D.I. 13) similarly seeks relief outside the purview of this Court, and it reiterates arguments and allegations previously addressed in the Opinion and Orders that dismissed the Complaint and denied reconsideration and amendment (D.I. 7; D.I. 8; D.I. 12);

THEREFORE, IT IS HEREBY ORDERED that Plaintiff's motion for declaratory judgment (D.I. 13) is **DENIED**.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE